# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODGER L. McAFEE, and MARK L. McAFEE, ) ) ) Plaintiffs, ) ) v. ) ) UNITED STATES OF AMERICA, ) MIKE JOHANNS, Secretary of the ) Department of Agriculture, and JAMES ) R. LITTLE, Administrator of Farm ) Services Agency, ) ) Defendants. ) | CV F 96-5720 AWI SMS  NEW CASE NUMBER  CV F 05-0438 OWW DLB  PRIOR CASE NUMBER  ORDER RELATING CASE AND REASSIGNING DISTRICT JUDGE |

The court finds that the above-captioned action is related to <u>United States v. McAfee</u>, 96cv5720 AWI SMS within the meaning of Local Rule 83-123(a)(1), in that both cases appear to involve substantially the same parties and are based on the same or similar claim. Therefore, IT IS HEREBY ORDERED THAT the above-captioned action, being the higher numbered case, is reassigned to the same judge as the lower numbered case. <u>See</u> Local Rule 83-123(c). IT IS FURTHER ORDERED THAT all future pleadings filed in the above-captioned action shall include the new case number, CV F 05-438 AWI DLB.

IT IS SO ORDERED.

**Dated:   July 6, 2005**             /s/ Anthony W. Ishii
h2ehf                        UNITED STATES DISTRICT JUDGE