IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODGER L. McAFEE,            )<br>                              )<br>            Plaintiff,        )<br>                              )<br>     v.                       )<br>                              )<br> UNITED STATES OF AMERICA,    )<br> MIKE JOHANNS, Secretary of the )<br> Department of Agriculture, and JAMES )<br> R. LITTLE, Administrator of Farm )<br> Services Agency,             )<br>                              )<br>            Defendants.       )<br> _____ ) | CV F 96-5720 AWI SMS<br><br>CV 05-0438 AWI DLB<br><br><br>ORDER VACATING<br>HEARING DATE OF<br>SEPTEMBER 26, 2005 AND<br>TAKING MATTER UNDER<br>SUBMISSION |

Defendants in Case No. 05cv0438, United States of America, et al., have filed notice of motion and motion to dismiss the First Amended Complaint of plaintiff Roger L. McAfee pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.  The matter was scheduled for oral argument to be held September 26, 2005.  The Court has reviewed United States' motion to dismiss, McAfee's opposition, and United States' reply.  The court has determined that the motion is suitable for decision without oral argument.  Local Rule 78-230(h).

Therefore, IT IS HEREBY ORDERED that the previously set hearing date of September 26, 2005, is VACATED, and no party shall appear at that time.  As of September 26, 2005, the Court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

**Dated:     September 20, 2005**                        **/s/ Anthony W. Ishii**
h2ehf                                                                    UNITED STATES DISTRICT JUDGE

2