1
2
3
4
5
6
7
8

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RODGER L. McAFEE, | ) | CV F 96-5720 AWI SMS |
| | ) | |
| Plaintiff, | ) | CV 05-0438 AWI DLB |
| | ) | |
| v. | ) | |
| | ) | ORDER VACATING |
| UNITED STATES OF AMERICA, | ) | HEARING DATE OF |
| MIKE JOHANNS, Secretary of the | ) | NOVEMBER 21, 2005 AND |
| Department of Agriculture, and JAMES | ) | TAKING MATTER UNDER |
| R. LITTLE, Administrator of Farm | ) | SUBMISSION |
| Services Agency, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

On October 16, 2005, plaintiff Rodger L. McAfee, noticed for a motion for

reconsideration of the court's order of October 6, 2005, granting Defendants' motion to dismiss

case number 05-0438.  The matter was scheduled for oral argument to be held November 21,

2005.  The Court has reviewed McAfee's motion, United States' opposition, McAfee's response,

and related filings.  The court has determined that the motion is suitable for decision without oral

argument.  Local Rule 78-230(h).

Therefore, IT IS HEREBY ORDERED that the previously set hearing date of November

21, 2005, is VACATED, and no party shall appear at that time.  As of November 21, 2005, the

Court will take the matter under submission, and will thereafter issue its decision.

1   IT IS SO ORDERED.

2   **Dated:     November 18, 2005**                     /s/ Anthony W. Ishii
    h2ehf                              UNITED STATES DISTRICT JUDGE

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                        2